1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11

Robert W. Olson, Jr., PLLC,

                Plaintiff,

        v.

Ali Oromchian, et al.,

                Defendants.

No. CV 15-7981-CBM (AFMx)

Order re Dismissing Action with Prejudice **[JS-6]**

Judge:        Marshall

16

        The Court having considered the stipulation of the parties, and for good cause

17

showing, orders as follows:

18

        This action is dismissed with prejudice under FED. R. CIV. P. 41(a)(1)(A)(ii).

19

Each party will bear its own costs and attorney fees.

20
21

Dated: JULY 8, 2016

_____

Hon. Consuelo B. Marshall
United States District Judge